# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SAVE THE BULL TROUT and ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, and WEST SIDE DITCH COMPANY,<br><br>    Defendants. | Case 2:22-cv-00034-BMM<br><br>**ORDER GRANTING TRANSFER OF VENUE TO THE HELENA DIVISION** |

    West Side Ditch Company has filed a motion to transfer divisional venue from the Butte Division to the Helena Division. In the Motion, West Side Ditch Company represents that the other parties take no position on the motion. Accordingly, for good cause appearing, it is HEREBY ORDERED that West Side Ditch Company's motion for change of divisional venue is GRANTED. This matter is hereby transferred to the Helena Division.

    DATED this 9th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court